IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPTERRA, INC.,<br><br>    Defendants. | Civil Action No. 18-cv-133-GMS |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>KARMA MOBILITY, INC.,<br><br>    Defendants. | Civil Action No. 18-cv-134-GMS |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>LIVECHAT SOFTWARE SA and LIVECHAT INC.,<br><br>    Defendants. | Civil Action No. 18-cv-135-GMS |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>MATCH GROUP, LLC and MATCH GROUP, INC.,<br><br>    Defendants. | Civil Action No. 18-cv-136-GMS |

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC<br><br>      Plaintiffs,<br><br>      v.<br><br>WEDDINGWIRE, INC.<br><br>      Defendants. | Civil Action No. 18-cv-137-GMS |

## NOTICE OF CHANGE OF FIRM AFFILIATION

**PLEASE TAKE NOTICE** that Michael A. Sherman, Jeffrey F. Gersh, Sandy Seth, Wesley Monroe and Viviana Boero Hedrick, co-counsel to Plaintiff PersonalWeb Technologies, LLC, are now affiliated with Stubbs Alderton & Markiles, LLP and their new contact information is:

  Michael A. Sherman
  Jeffrey F. Gersh
  Sandeep Seth
  Wesley Monroe
  Viviana Boero Hedrick
  Stubbs Alderton & Markiles, LLP
  15260 Ventura Blvd., 20th floor
  Sherman Oaks, CA 91403
  Phone: (818) 444-4500
  Facsimile: (818) 444-4520
  masherman@stubbsalderton.com
  jgersh@stubbsalderton.com
  sseth@stubbsalderton.com
  wmonroe@stubbsalderton.com
  vhedrick@stubbsalderton.com

- 3 -

| | |
|---|---|
| Dated: April 27, 2018 | Respectfully submitted, |
| | FARNAN LLP |
| Of Counsel: | |
| | /s/ Brian E. Farnan |
| Michael A. Sherman | Brian E. Farnan (Bar No. 4089) |
| Jeffrey F. Gersh | Michael J. Farnan (Bar No. 5165) |
| Sandeep Seth | 919 North Market Street |
| Wesley W. Monroe | 12th Floor |
| Viviana Boero Hedrick | Wilmington, DE 19801 |
| STUBBS, ALDERTON & | Telephone: (302) 777-0300 |
| MARKILES, LLP | Facsimile: (302) 777-0301 |
| 15260 Ventura Blvd., 20th Floor | bfarnan@farnanlaw.com |
| Sherman Oaks, CA  91403 | mfarnan@farnanlaw.com |
| Telephone: (818) 444-5400 | |
| Facsimile: (818) 444-4520 | |
| masherman@stubbsalderton.com | |
| jgersh@stubbsalderton.com | |
| sseth@stubbsalderton.com | |
| wmonroe@stubbsalderton.com | |
| vhedrick@stubbsalderton.com | |
| | *Attorneys for Plaintiffs* |